Submitted on record and briefs June 13, 1978

In the Matter of Dennis Michael Johnston, Jr., a child.
STATE ex rel JUVENILE DEPARTMENT OF
DOUGLAS COUNTY, *Respondent,*

*v.*

HARRIS, *Appellant.*

(No. 3655, CA 10189)

579 P2d 327

Bruce Tower, Public Defender, Roseburg, filed the brief for appellant.

Arthur W. Wilson, Roseburg, filed the brief for child-respondent.

James A. Redden, Attorney General, and Al J. Laue, Solicitor General, Salem, filed the brief for respondent State ex rel Juvenile Department of Douglas County.

Before Schwab, Chief Judge, and Johnson, and Gillette, Judges.

PER CURIAM.

Affirmed. *See State ex rel Juv. Dept. v. Maves,* 33 Or App 411, 576 P2d 826 (1978).